HARRY WAX, Appellant-Respondent, v. REUBEN R. SACKS et al., Respondents-Appellants, et al., Defendants.— Order unanimously modified so as to eliminate the provision that paragraphs 11(a), 11(d), 11(f), 11(h) and 11(i) shall be omitted from any amended complaint. We feel it would be preferable not to restrict matter in the new pleading in advance. The propriety or sufficiency may be tested by appropriate motion. As so modified the order is affirmed. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

In the Matter of the Estate of THEODORE W. KOHN, Deceased. JUDITH S. KOHN, as Executrix of THEODORE W. KOHN, Deceased, Appellant; MAURICE KOHN, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

## (December 16, 1953.)

■

(Republish.)

In the Matter of the Probate of the Will of JOSEF LIEBER, Deceased. JOSEPH HANDLER, Appellant; HEDY WEGIER, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See ante, p. 1040.]

■

(Republish.)

NEW DEAL SERVICE Co., INC., Respondent, v. HARRY REISS, Appellant, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted, and judgment is directed to be entered in favor of the appellant dismissing the complaint herein, with costs, and the order of this court, entered December 8, 1953 (ante, p. 1017), is vacated. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

## (December 23, 1953.)

■

In the Matter of STANWOOD UNITED, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Determination unanimously annulled, with $50 costs and disbursements to the petitioner, and the State Liquor Authority directed to forthwith restore the license certificate to the petitioner. Opinion by Cohn, J. Order filed. (Order of December 15, 1953, vacated.) Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ. [Also printed 283 App. Div. 79.]